AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BENNETT, MARK W. | 2. Court or Organization<br><br>USDC/Northern District of Iowa | 3. Date of Report<br><br>05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address |
|---|
| 313 United States Courthouse<br>320 Sixth Street<br>Sioux City, IA 51101 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Aspen Publishing | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Arizona | 1.25-1.27 | Tucson, AZ | Interviewing with faculty | airfare, lodging |
| 2. | American Association for Justice | 2.23-2.25 | Palm Spring, CA | AAJ Winter Convention | airfare, lodging, meals |
| 3. | Cardoza Law Review | 3.7-3.9 | New York, NY | Moot Court Competition | airfare, lodging, meals |
| 4. | SEABOTA | 4.16-4.19 | New Orleans, LA | SEABOTA Annual Confernece | airfare, lodging, meals |
| 5. | ABOTA | 4.29-5.1 | San Francisco, CA | ABOTA National Jury Summit | airfare, lodging, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BENNETT, MARK W. | 05/12/2016 |

| 6. | King County Bar Association | 5.7-5.9 | Seattle, WA | Pacific Coast Labor and Employment Law Conference | mileage, lodging, mieals |
|---|---|---|---|---|---|
| 7. | ABA | 5.14-5.16 | San Antonio, TX | ABA Criminal Justice Section - Probing the Mind | airfare, lodging, meals |
| 8. | Minnesota Continuing Legal Education | 5.16-5.19 | St. Paul, MN | Upper Midwest Employment Law Insitute | airfare, lodging, meals |
| 9. | National Association of Criminal Defense Attorneys | 5.27-5.29 | St. Petersburg, FL | 24th Annual National Seminar on the Fed Sent. Guidelines | mileage, lodging,meals |
| 10. | ISBA | 5.30 | Okoboji, IA | 92nd Annual Lawyer's Chautauqua | mileage |
| 11. | State Bar of Texas | 6.17-6.19 | San Antonio, TX | Diversity Forum at the State Bar of Texas Annual Meeting | airfare, lodging, meals |
| 12. | IADC | 7.6-7.7 | Colorado Springs, CO | IADC CLE Meeting | airfare, lodging, meals |
| 13. | Faculty of Federal Advocates | 7.7-7.8 | Denver, CO | Faculty of Federal Advocates Program | airfare, lodging, meals |
| 14. | Pound Civil Justice Institute | 7.10-7.13 | Montreal Canada | Howard Twiggs Memorial Lecture on Professionalism | airfare, lodging, meals |
| 15. | Defender Services Office | 8.5-8.7 | Washington, DC | Race Conference | airfare, lodging, meals |
| 16. | U.S. Department of Justice | 8.7 | Washigton, DC | Judicial Stakeholder Rountable | airfare |
| 17. | American Judges Association | 10.4-10.5 | Seattle, WA | AJA Annual Conference | airfare, lodging, meals |
| 18. | State Bar of Texas | 10.14-10.16 | Houston, TX | State Bar of Texas Minority Counsel Program | airfare, lodging, meals |
| 19. | State of Iowa | 10.28 | Altoona, IA | Iowa Judges' Association Fall Conference | mileage, meals |
| 20. | ABA | 11.6-11.8 | Philadelphia, PA | ABA 9th Annual Section of Labor and Employment Conference | airfare, lodging, meals |
| 21. | Wisconsin State Bar | 11.10-11.11 | Madison, WI | 2015 Wisconsin Judiical Conference | airfare, lodging, meals |
| 22. | Waller Group | 11.12-11.13 | Nashville, TN | Waller CLE Program | airfare, lodging, meals |
| 23. | Northwestern College | 11.16 | Orange City, IA | Showing of "The House I Live In" | mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Non-IRA (Fidelity) | | | | | | | | | |
| 2. ANTX | | None | J | T | | | | | |
| 3. Berkshire Hathaway | | None | J | T | | | | | |
| 4. First Eagle Global Class C | | None | J | T | | | | | |
| 5. Hennessey Focus Fund | A | Dividend | J | T | | | | | |
| 6. Ishares TR US Regional BKS | | None | | | Buy | 06/30/15 | J | | |
| 7. | | | | | Sold | 07/10/15 | J | A | |
| 8. Leucadia National Corp. | A | Dividend | J | T | Sold (part) | 07/16/15 | J | C | |
| 9. Surebeam Corp. | | None | J | T | | | | | |
| 10. Vanguard Index FDS | A | Dividend | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. Rollover IRA (Fidelity) | | | | | | | | | |
| 13. Apple, Inc. | A | Dividend | K | T | Sold (part) | 04/10/15 | J | D | |
| 14. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 15. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 16. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 17. | | | | | Buy (add'l) | 08/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 19. | | | | | Sold (part) | 10/23/15 | J | D | |
| 20. | | | | | Sold (part) | 10/27/15 | J | D | |
| 21. | | | | | Sold (part) | 12/04/15 | J | C | |
| 22. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 23. Cambria ETF Trust | A | Dividend | | | Buy | 04/07/15 | J | | |
| 24. | | | | | Sold | 09/15/15 | J | C | |
| 25. Direxion SHS | | None | | | Sold | 04/06/15 | J | A | |
| 26. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 27. First Eagle Global Class C | | None | J | T | | | | | |
| 28. Ishares Global Healthcare | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 29. | | | | | Sold (part) | 08/27/15 | J | A | |
| 30. Ishares S&P 500 Growth | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 31. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 32. Ishares Tr US Oil | A | Dividend | | | Buy | 04/10/15 | J | | |
| 33. | | | | | Sold | 07/17/15 | J | B | |
| 34. Ishares Tr US Regnl | A | Dividend | J | T | Buy | 06/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Iva Worldwide Fund | | None | | | Sold | 03/03/15 | J | D | |
| 36. Leucadia Nat'l Corp. | A | Dividend | J | T | Buy | 02/04/15 | J | | |
| 37. | | | | | Sold (part) | 04/07/15 | J | C | |
| 38. | | | | | Sold (part) | 04/10/15 | J | B | |
| 39. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 40. | | | | | Sold (part) | 12/30/15 | J | B | |
| 41. Matthews China Fund | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 42. Matthews Pacific Tiger Fund | A | Dividend | J | T | Buy | 12/04/15 | J | | |
| 43. Oakmark International Small Cap | A | Dividend | J | T | Sold (part) | 03/27/15 | J | C | |
| 44. | | | | | Sold (part) | 09/16/15 | J | B | |
| 45. | | | | | Sold (part) | 10/19/15 | J | B | |
| 46. Oppenheimer Int'l | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 47. | | | | | Buy (add'l) | 11/09/15 | J | | |
| 48. Post Hldgs Inc. Com | | None | | | Sold (part) | 02/04/15 | J | A | |
| 49. | | | | | Sold | 03/03/15 | J | C | |
| 50. SPDR SER TR & S&P | A | Dividend | J | T | Buy (add'l) | 11/23/15 | J | | |
| 51. SLCA - US Silica Hldgs Inc. | A | Dividend | | | Buy (add'l) | 02/04/15 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/23/15 | J | C | |
| 53. | | | | | Sold (part) | 04/07/15 | J | B | |
| 54. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 55. | | | | | Sold (part) | 11/18/15 | J | A | |
| 56. | | | | | Sold | 12/01/15 | J | A | |
| 57. Vanguard Admiral FDS Inc S&P Midcap | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 58. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 59. Vanguard Health Care Investor | A | Dividend | J | T | Buy | 03/03/15 | J | | |
| 60. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 61. Vanguard Int'l Growth Port | A | Dividend | | | Buy | 03/23/15 | J | | |
| 62. | | | | | Sold | 10/19/15 | J | B | |
| 63. Vanguard Selected Value Investor | A | Dividend | J | T | Buy | 04/06/15 | J | | |
| 64. Wasatch Core Growth | | None | J | T | Buy | 09/15/15 | J | | |
| 65. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 66. | | | | | | | | | |
| 67. Roth IRA (Fidelity) | | | | | | | | | |
| 68. Apple, Inc. | A | Dividend | J | T | Buy (add'l) | 06/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Leucadia Nat'l Corp. | A | Dividend | | | Sold | 03/23/15 | J | B | |
| 70. SPAXX * | A | Dividend | J | T | | | | | |
| 71. Vanguard Admiral FDS, Inc. | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 72. Vanguard Health Care Investor ** | A | Dividend | J | T | | | | | |
| 73. Wasatch Core Growth | | None | J | T | Buy | 09/23/15 | J | | |
| 74. | | | | | | | | | |
| 75. Miscellaneous Holdings | | | | | | | | | |
| 76. Iowa College Savings Account *** | | None | J | T | | | J | | |
| 77. Iowa College Savings Account *** | | None | J | T | | | J | | |
| 78. CKG ACCT; Fidelity, Boston MA | A | Interest | K | T | | | | | |
| 79. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 80. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 81. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 82. | | | | | | | | | |
| 83. IRA Fidelity (Spouse) | | | | | | | | | |
| 84. American Century Mid Cap | A | Dividend | J | T | | | | | |
| 85. Berkshire Hathaway Inc DEL CL B | | None | L | T | Buy (add'l) | 01/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 87. | | | | | Sold (part) | 02/26/15 | K | E | |
| 88. | | | | | Sold (part) | 02/26/15 | J | C | |
| 89. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 90. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 91. | | | | | Sold (part) | 03/26/15 | L | F | |
| 92. | | | | | Sold (part) | 05/11/15 | K | D | |
| 93. | | | | | Sold (part) | 10/12/15 | J | D | |
| 94. Direxion | | None | | | Sold | 02/06/15 | J | D | |
| 95. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 96. Fidelity Real Estate Income | A | Dividend | | | Sold | 07/21/15 | J | D | |
| 97. Fidelity Select Energy | A | Dividend | J | T | Buy (add'l) | 02/18/15 | J | | |
| 98. | | | | | Sold (part) | 07/16/15 | J | D | |
| 99. | | | | | Sold (part) | 07/21/15 | J | C | |
| 100. Fidelity Select Pharmaceutical | A | Dividend | J | T | Buy | 07/21/15 | K | | |
| 101. First Eagle Global Class 1 | A | Dividend | J | T | | | | | |
| 102. First Eagle Global Class C | | None | K | T | Sold (part) | 04/07/15 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. First Eagle U.S. Value | | None | | | Sold | 03/23/15 | J | D | |
| 104. Invesco International Small Co. CL | A | Dividend | | | Sold | 03/30/15 | J | | |
| 105. Ishares S&P 500 Growth | A | Dividend | K | T | Buy | 12/02/15 | K | | |
| 106. Ishares TR US Oil | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 107. | | | | | Sold (part) | 07/16/15 | J | D | |
| 108. Ishares TR US Regnal | A | Dividend | K | T | Buy | 04/27/15 | J | | |
| 109. | | | | | Buy (add'l) | 07/21/15 | J | | |
| 110. | | | | | Sold (part) | 10/08/15 | J | D | |
| 111. IVA Worldwide Fund | A | Dividend | J | T | | | | | |
| 112. Leucadia National Corp. | A | Dividend | | | Sold (part) | 03/23/15 | J | D | |
| 113. | | | | | Sold (part) | 03/23/15 | J | D | |
| 114. | | | | | Sold (part) | 04/10/15 | J | D | |
| 115. | | | | | Sold | 05/11/15 | J | D | |
| 116. Mainstay Marketfield Fund | | None | | | Sold (part) | 02/06/15 | J | D | |
| 117. | | | | | Sold | 03/02/15 | J | C | |
| 118. Matthews Asia | A | Dividend | K | T | Buy (add'l) | 04/10/15 | J | | |
| 119. | | | | | Sold (part) | 10/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Matthews China Fund | A | Dividend | J | T | Buy (add'l) | 04/10/15 | J | | |
| 121. | | | | | Sold (part) | 08/24/15 | J | D | |
| 122. Oakmark Equity & Income FD | A | Dividend | J | T | | | | | |
| 123. Oppenheimer Int'l Sml Mid Co. | A | Dividend | J | T | Buy | 10/26/15 | J | | |
| 124. Proshares Trust Ultrapro Short | | None | J | T | Sold (part) | 03/30/15 | J | C | |
| 125. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 126. | | | | | Sold (part) | 04/09/15 | J | D | |
| 127. | | | | | Buy (add'l) | 08/24/15 | K | | |
| 128. | | | | | Sold (part) | 12/02/15 | J | C | |
| 129. Robeco Boston Prtners | | None | K | T | | | | | |
| 130. SPDR SER TR | A | Dividend | K | T | Buy (add'l) | 02/26/15 | K | | |
| 131. | | | | | Sold (part) | 06/01/15 | J | D | |
| 132. Spartan 500 Index | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 133. Thornburg Investment Income Builder | A | Dividend | J | T | | | | | |
| 134. Vaneck Vectors ETF TR Africa Index **** | A | Dividend | J | T | | | | | |
| 135. Vanguard Admiral | A | Dividend | K | T | Buy (add'l) | 03/02/15 | K | | |
| 136. Vanguard Dividend Growth Investor | A | Dividend | K | T | Buy | 02/12/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 138. | | | | | Sold (part) | 06/01/15 | J | D | |
| 139. Vanguard High Dividend | A | Dividend | K | T | | | | | |
| 140. Vanguard Inflation | A | Dividend | J | T | | | | | |
| 141. Vanguard Index FDS | | None | | | Sold | 03/02/15 | J | C | |
| 142. Vanguard International Growth | A | Dividend | K | T | Buy | 03/30/15 | K | | |
| 143. | | | | | Sold (part) | 10/08/15 | J | D | |
| 144. Vanguard S&P 500 ***** | A | Dividend | J | T | | | | | |
| 145. Vanguard Specialized Portfolios | A | Dividend | K | T | Buy | 03/23/15 | K | | |
| 146. Vanguard Whitehall | A | Dividend | J | T | Buy | 02/26/15 | K | | |
| 147. | | | | | Sold (part) | 03/23/15 | J | D | |
| 148. Vanguard World FD | | None | | | Buy | 04/02/15 | J | | |
| 149. | | | | | Sold | 05/11/15 | J | D | |
| 150. Wasatch Core Growth | | None | K | T | Buy (add'l) | 03/23/15 | J | | |
| 151. Wasatch Frontier Emerging Small Co's | A | Dividend | J | T | | | | | |
| 152. Wasatch International Growth | | None | J | T | | | | | |
| 153. Wasatch Long/Short Fund | | None | | | Sold | 03/30/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* Line 70 - Transferred TSP $ to this Fidelity Government Money Market account

** Line 72 - Roth Conversion on 10.5.15

*** Iowa College Savings Plans, Agressive Growth Portfolio, no control

**** Line 135, Vaneck Vectors was purchased in 2015 and inadvertantly left off report

***** Line 145, Vanguard S&P 500 was purchased on 7.31.14 and inadvertantly left off the report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARK W. BENNETT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544